John T. Clegg, Appellee, v. George R. Gould and G. M. Fuller, Defendants.
Appeal of George R. Gould, Appellant.

Gen. No. 41,907.

Heard in third division, first district, this court at October term, 1941; opinion filed May 27, 1942. George R. Gould, pro se; George Panea, of counsel; Thompson, Chambers & Thompson, for appellee; Percival E. Thompson, of counsel. Opinion by PRESIDING JUSTICE BURKE. ''Not to be published in full.''